# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

## INVOLUNTARY PETITION

| IN RE (Name of Debtor – If Individual:  Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| **Chefs Diet Acquisition Corp.** | Chefs Diet<br>Chefs Diet Delivery<br>Chefs Diet At Home<br>Kosher Chefs Diet |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): | |

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 55 Woodbine Avenue<br>Larchmont, New York 10538<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Westchester                                     ZIP CODE | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR  (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7        ☑ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts**
(Check **one** box.)

Petitioners believe:

☐ Debts are primarily consumer debts
☑ Debts are primarily business debts

**Type of Debtor**
(Form of Organization)
(Check one box.)

☐ Individual (Includes Joint Debtor)
☑ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

## VENUE

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

## FILING FEE (Check one box)

☑ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

## ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1.  ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2.  ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
    or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a  trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

Name of Debtor  Chefs Diet Acquisition

Case No. 09-

---

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x /s/ Richard Greenfield, President | x /s/ Robert L. Rattet          12/22/2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| West-Conn Meat Co.,Inc.        12/18/2009 | Rattet, Pasternak & Gordon-Oliver, LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 550 Mamaroneck Ave., Harrison, NY 10528 |
| Name & Mailing       Bldg. F-16, Hunts Point | Address |
| Address of Individual   Coop Mkt., Bronx NY | (914) 381-7400 |
| Signing in Representative   10474 | |
| Capacity | Telephone No. |

| | |
|---|---|
| x /s/ Lance Kasak, President | x /s/ Robert L. Rattet          12/22/2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Lance Kasak, Inc.        12/18/2009 | Rattet, Pasternak & Gordon-Oliver, LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 550 Mamaroneck Ave., Harrison, NY 10528 |
| Name & Mailing       d/b/a Everything | Address |
| Address of Individual   Epicurean, 9 Buroak Dr., | (914) 381-7400 |
| Signing in Representative   Hopewell Jct., NY 12533 | |
| Capacity | Telephone No. |

| | |
|---|---|
| x /s/ Stephen Tucker, President/CEO | x /s/ Robert L. Rattet          12/22/2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| M. Tucker Co., Inc.        12/18/2009 | Rattet, Pasternak & Gordon-Oliver, LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 550 Mamaroneck Ave., Harrison, NY 10528 |
| Name & Mailing       1200 Madison Ave., | Address |
| Address of Individual   Paterson, NJ 07503- | (914) 381-7400 |
| Signing in Representative   2813 | |
| Capacity | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| West-Conn Meat Co.,Inc. | Meat & Goods Sold | 98,357.12 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Lance Kasak, Inc. | Meat & Goods Sold | 6,529.80 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| M. Tucker Co., Inc. | Equip & Goods Sold | 85,638.41 |

| Note: | If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims |
|---|---|---|
| | | 190,525.33 |

1   continuation sheets attached

Name of Debtor <u>Chefs Diet Acquisition</u>

Case No. <u>09-</u>

---

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x /s/ Paul Cervino, CFO | x Robert L. Rattet　　　12/22/2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney　　　Date |
| Imperial Bag & Paper Co., LLC　　12/22/2009 | Rattet, Pasternak & Gordon-Oliver, LLP |
| Name of Petitioner　　　Date Signed | Name of Attorney Firm (If any) |
| | 550 Mamaroneck Ave., Harrison, NY 10528 |
| Name & Mailing　　59 Hook Road, | Address |
| Address of Individual　Bayonne, NJ 07002 | (914) 381-7400 |
| Signing in Representative | Telephone No. |
| Capacity | |

| | |
|---|---|
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney　　　Date |
| Name of Petitioner　　　Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

| | |
|---|---|
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney　　　Date |
| Name of Petitioner　　　Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Imperial Bag & Paper Co., LLC | Paper Goods Sold | 24,253.10 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims　214,778.43 |

0 continuation sheets attached