UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:  Chapter 11
 Case No. 09-24392 (RDD)

CHEFS DIET ACQUISITION CORP.,

                              Debtor.
-------------------------------------------------------------X

## ORDER GRANTING APPLICATION TO DIMISS
## THIS INVOLUNTARY CHAPTER 11 CASE

**UPON** the application (the "Application") of the petitioning creditors (i) West-Conn Meat Co., Inc., (ii) M. Tucker Co., Inc., (iii) Lance Kasak, Inc. d/b/a Everything Epicurean, and (iv) Pelican Bay Ltd. d/b/a The Ravioli Store, by and through their counsel Rattet, Pasternak & Gordon-Oliver LLP, for an order dismissing this involuntary Chapter 11 case; and there being due and sufficient notice of the Application and the hearing thereon; and upon the record of the March 11, 2010 hearing on the Application; and there being no opposition to the requested relief; and, after due deliberation, due and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Application is granted and this case is hereby dismissed.

Dated: White Plains, New York
       March 24, 2010

                                            /s/Robert D. Drain
                                            HONORABLE ROBERT D. DRAIN
                                            UNITED STATES BANKRUPTCY JUDGE